IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMITH'S READY MIX, INC.                                                    PLAINTIFF


v.                                    Case No. 4:18-cv-04014


LIBERTY MUTUAL INSURANCE COMPANY                                           DEFENDANT


ROBERTSON CONTRACTORS, INC.                                     INTERVENOR PLAINTIFF


v.


SMITH'S READY MIX, INC.                                         INTERVENOR DEFENDANT


SMITH'S READY MIX, INC.                                              COUNTER-CLAIMANT


v.


ROBERTSON CONTRACTORS, INC.                                        COUNTER-DEFENDANT

**JUDGMENT**

On January 31, 2022 to February 3, 2022, the Court held a jury trial to hear the claims brought by

Plaintiff Smith's Ready Mix, Inc. against Defendant Liberty Mutual Insurance Company and to hear the

claims brought by Intervenor Plaintiff Robertson Contractors, Inc. against Intervenor Defendant Smith's

Ready Mix, Inc.  Eight jurors heard the parties' cases and issued a unanimous verdict in favor of Plaintiff

Smith's Ready Mix, Inc. on both claims against Liberty Mutual Insurance Company in the amounts of

$71,661.60 and $5,114.88.   Accordingly, the parties' claims are hereby **DISMISSED WITH**

**PREJUDICE**.  The Court retains jurisdiction to order attorney fees, costs and any statutory penalties.

**IT IS SO ORDERED** this 7th day of February 2022.

/s/ Robert T. Dawson

**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**