IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMITH'S READY MIX, INC.                                                                PLAINTIFF

v.                                  Case No. 4:18-cv-04014

LIBERTY MUTUAL INSURANCE COMPANY                                   DEFENDANT

ROBERTSON CONTRACTORS, INC.                                     INTERVENOR PLAINTIFF

v.

SMITH'S READY MIX, INC.                                         INTERVENOR DEFENDANT

SMITH'S READY MIX, INC.                                              COUNTER-CLAIMANT

v.

ROBERTSON CONTRACTORS, INC.                                      COUNTER-DEFENDANT

## ORDER

Before the Court is Intervenor Plaintiff Robertson Contractors, Inc.'s Motion for Permission to Contact Jurors. (ECF No. 98). The Court finds that no response is necessary and that this matter is ready for consideration.

The Court finds that Intervenor Plaintiff's motion should be and hereby is **DENIED**. Sufficient cause has not been shown in order to warrant contact with the jurors. In addition, the Court finds that additional contact would be inappropriate considering Robertson Contractors, Inc.'s pending claim before the Arkansas State Claims Commission.

1

**IT IS SO ORDERED** this 16th day of February 2022.

*/s/ Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**